IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED
NOV 0 2 2021
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. CR 21-307 PRW |
| -vs- ) | |
| ) | |
| WILLIAM AARON DAVID PATCHELL, ) | Violations: 18 U.S.C. § 1112(a) |
| ) | 18 U.S.C. § 1152 |
| Defendant. ) | |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
### (Involuntary Manslaughter)

On or about July 20, 2019, in Indian country and in the Western District of Oklahoma,

------------------------- **WILLIAM AARON DAVID PATCHELL,** -------------------------

a non-Indian, caused the death of K.H., an Indian, while in the commission of the unlawful act of speeding, a misdemeanor under Title 47, Oklahoma Statutes, Section 11-801, and it was foreseeable to him that his conduct was a threat to the lives of others.

All in violation of Title 18, United States Code, Sections 1112(a) and 1152, the penalty for which is found in Title 18, United States Code, Section 1112(b).

## COUNT 2
### (Involuntary Manslaughter)

On or about July 20, 2019, in Indian country and in the Western District of Oklahoma,

------------------------- **WILLIAM AARON DAVID PATCHELL,** -----------------------

a non-Indian, caused the death of G.H., an Indian, while in the commission of the unlawful act of speeding, a misdemeanor under Title 47, Oklahoma Statutes, Section 11-801, and it was foreseeable to him that his conduct was a threat to the lives of others.

All in violation of Title 18, United States Code, Sections 1112(a) and 1152, the penalty for which is found in Title 18, United States Code, Section 1112(b).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
Acting United States Attorney

TIFFANY NOBLE
Assistant United States Attorney